PROB 12A
(7/93)

# United States District Court
## for
### District of Guam

FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Stephen I. C. Santos**    Case Number: **CR 99-00010-002**

Name of Sentencing Judicial Officer: Harold D. Vietor, Designated Judge

Date of Original Sentence: January 20, 2000

Original Offense: Criminal Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 846; and 18 U.S.C. § 2.

Original Sentence: 87 month prison term followed by a five year term of supervised release with conditions that he: refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment and testing; participate in a mental health treatment program, obtain and maintain employment, perform 200 hours of community service, and pay a $100 special assessment fee.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **August 15, 2005**

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failures to attend urinalysis (January 12, 2006; February 16, 2006; and March 26, 2006) |

**ORIGINAL**



RECEIVED
APR 10 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Stephen I. C. Santos was referred for drug treatment and testing on August 18, 2005. He was provided written and verbal instruction on all program requirements, which he acknowledged by signing program documentation. Mr. Santos failed to report for urinalysis on January 12, 2006, February 10, 2006, and March 26, 2006. At each violation, this Officer contacted Mr. Santos to address his non-compliance. For each of the missed appointments, Mr. Santos provided the following excuses. For the "no show" on January 12, 2006, he stated that he didn't hear his designated number on the urinalysis bulletin. This Officer confirmed that his number was announced accordingly. For the "no show" on February 16, 2006, he stated that he forgot to call the urinalysis bulletin. For the "no show" on March 26, 2006, he stated that he was too busy at work to attend the drug test. Mr. Santos was admonished by this Officer for excessive urinalysis violations and was re-advised of all program requirements as well as to communicate immediately any valid excuses for nonappearance.

As this is Mr. Santos' first violation reported under supervision, the above information is submitted for the Court's information only, and no action is requested at this time. For the violations outlined above, this Officer has returned Mr. Santos to Phase I, day 1, of the year-long drug treatment/testing program. Furthermore, he has been assigned a new treatment provider to better address his substance abuse issues. Mr. Santos' compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                                                      Respectfully submitted,

                                                                                  by:

ROSSANNA VILLAGOMEZ-AGUON                                                         ROBERT I. CARREON
U.S. Probation Officer                                                            U.S. Probation Officer
Supervision Unit Leader

Date: 4/7/06                                                                      Date: 4/6/06

**THE COURT ORDERS**

☒ *No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

                                                                                  Signature of Judicial Officer
                                                                                  ROGER T. BENITEZ, Designated Judge
                                                                                  4/13/06
                                                                                  Date