# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00010-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| STEPHEN I.C. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      On January 20, 2000, Stephen I.C. Santos was sentenced by the Honorable Harold D. Vietor, Designated Judge for the District Court of Guam, for Criminal Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 846 and 18 U.S.C. § 2. He was ordered to serve an 87 month prison term followed by a five year term of supervised release with conditions that he refrain from the use of any and all alcoholic beverages, participate in a substance abuse treatment and testing, participate in a mental health treatment program, obtain and maintain employment, perform 200 hours of community service, and pay a $100 special assessment fee. He was released to a term of supervision on August 15, 2005.

      On September 17, 2007, Mr. Santos submitted a travel request form to the U.S. Probation Office for consideration to travel to Rota for three days for a family vacation. He will be traveling with his parents and his daughter. Requested travel dates are for October 5, 2007 to October 8, 2007.

      Mr. Santos' adjustment under supervision has been positive. Specifically, he completed the 200-hour community service order on October 25, 2005 and paid the $100 special assessment fee on February 15, 2000. Mr. Santos satisfied the drug treatment/testing program on March 28, 2007. Continued random urinalyses have consistently been negative. He also satisfied the mental health treatment condition on September 13, 2005. Mr. Santos maintains employment with Star Press as a press operator and TNT Distributors as a general helper. He has submitted all required monthly reports and has complied with all requests made of him by this Officer.

Request for Travel
Re:    SANTOS, Stephen I.C.
Criminal Case No. 99-00010-002
September 24, 2007
Page 2


        In light of Mr. Santos' progress under supervision this Officer supports the request
to travel and seeks Court approval.


                                        Respectfully submitted,

                                        ROSSANNA VILLAGOMEZ-AGUON
                                        Acting Chief U.S. Probation Officer


                          By:        /s/ ROBERT I. CARREON
                                        U.S. Probation Officer


Reviewed by:


        /s/ CARMEN D. O'MALLAN
          U.S. Probation Officer Specialist
          Supervision Unit Leader


cc:    File

| PROB 37<br>(3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |



**Stephen I.C. Santos**
Criminal Case No. 99-00010-002
SSN: XX-XXX-2105
DOB: XX-XX-1960
HT: 5'6" / WT: 140 lbs.

DATE **September 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO: **Rota**

FROM **October 5, 2007** AND RETURNING **October 8, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation with family.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.  **Immediately report any change in your travel plans to the U.S. Probation Office.**

2.  **Report to the U.S. Probation Office within 48 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON

UNITED STATES PROBATION OFFICER

NAME:

ADDRESS

☐ **Approved**   ☐ **Disapproved**