| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Stephen I.C. Santos**
Criminal Case No. 99-00010-002
SSN: XX-XXX-2105
DOB: XX-XX-1960
HT: 5'6" / WT: 140 lbs.



DATE **September 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO: **Rota**

FROM **October 5, 2007** AND RETURNING **October 8, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation with family.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 48 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME:
ADDRESS

[x] **Approved**     [ ] **Disapproved**

/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
       **Dated: Oct 02, 2007**